FILED; 3/12/2013

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Jan Biro*, | CASE NO. CV 12-8975-GHK (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| *U.S. Citizenship and Immigration Services*, | |
| Defendant. | |

Pursuant to the Court's March 12, 2013 Order, IT IS HEREBY ADJUDGED that Plaintiff Jan Biro's claim against Defendant U.S. Citizenship and Immigration Services is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: March 12, 2013

_____
GEORGE H. KING
Chief United States District Judge